**DON SETLIFF & ASSOCS. v. SUBWAY REAL ESTATE CORP.**

[361 N.C. 586 (2007)]

DON SETLIFF & ASSOCIATES, INC. v. SUBWAY REAL ESTATE CORP.

No. 413PA06

(Filed 12 October 2007)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous decision of the Court of Appeals, 178 N.C. App. 385, 631 S.E.2d 526 (2006), affirming a judgment entered on 15 July 2005 by Judge Thomas G. Foster, Jr. in District Court, Guilford County. Heard in the Supreme Court 10 September 2007.

*Wyatt Early Harris Wheeler, LLP, by Stanley F. Hammer, for plaintiff-appellant.*

*Norman L. Sloan for defendant-appellee.*

PER CURIAM.

AFFIRMED.